UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH RICHARD DAYTON,

    Plaintiff,

v.                                        Case No. 8:22-cv-2366-CPT

UNITED STATES OF AMERICA,

    Defendant.
_____/

## **O R D E R**

Before the Court is the government's *Unopposed Motion to Allow Electronics in the United States Courthouse.* (Doc. 94). Upon due consideration of the matter, it is hereby ORDERED that the below-listed individuals are authorized to bring the listed devices to Courtroom 12B for the trial scheduled for March 25–28, 2024.

| Name of Persons Allowed to Bring in Devices: | Type of Devices Permitted: |
|---|---|
| Dr. Marco Camuzzi | One Cellular Telephone |
| Dr. Bruce Hunt | One Cellular Telephone |
| Dr. Enos Perez | One Cellular Telephone |
| Dr. Anuja Pradhan | One Cellular Telephone |
| Dr. Ismet Saifullah | One Cellular Telephone |

The above persons shall present a copy of this Order to security personnel each time they enter the Courthouse with the identified equipment. In their discretion,

security personnel may require such persons to present a photo identification at the time of entry. The equipment described above is subject to inspection at any time by security personnel. The aforementioned individuals are reminded that the use of their cellular telephones and laptops must comply with all applicable Local Rules. *See, e.g.,* M.D. Fla. R. 5.01, 5.03

      SO ORDERED in Tampa, Florida, this 22nd day of March 2024.

                                      HONORABLE CHRISTOPHER P. TUITE
                                      United States Magistrate Judge

Copies to:
Counsel of record
Court Security Office